**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 10, 2023**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| | : | |
| **v.** | : | **MAGISTRATE NO. 23-MJ-193** |
| | : | |
| **SAEVE EVANS,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of** |
| | : | **a Crime Punishable by Imprisonment** |
| | : | **for a Term Exceeding One Year)** |
| | : | **22 D.C. Code § 401, 4502** |
| | : | **(Assault With Intent to Kill While Armed)** |
| | : | **22 D.C. Code § 4504** |
| | : | **(Possession of a Firearm During a Crime of** |
| | : | **Violence)** |
| | : | **22 D.C. Code § 405(c), 4502** |
| | : | **(Assaulting a Police Officer While Armed)** |
| | : | **22 D.C. Code § 4504** |
| | : | **(Possession of a Firearm During a Crime of** |
| | : | **Violence)** |
| | : | **22 D.C. Code § 4503.01** |
| | : | **(Unlawful Discharge of a Firearm)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 1, 2023, within the District of Columbia, **SAEVE EVANS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case numbers. 2016-CF1-020268 and 2005-FEL-003797, did unlawfully and knowingly receive and possess a firearm, that is, a Springfield Arms Co., XD 9x19 semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about August 1, 2023, within the District of Columbia, **SAEVE EVANS**, while armed with and having readily available a firearm, assaulted E.D. with intent to kill E.D.

(**Assault With Intent To Kill While Armed**, in violation of Title 22, D.C. Code, Section 401, 4502 (2001 ed.))

## COUNT THREE

On or about August 1, 2023, within the District of Columbia, **SAEVE EVANS**, did possess a firearm, that is, a Springfield Arms Co., XD 9x19 semi-automatic firearm, while committing the crime of violence set forth in the second count of this indictment.

(**Possession of a Firearm During a Crime of Violence**, in violation of Title 22, D.C. Code, Section 4504(b) (2001 ed.))

## COUNT FOUR

On or about August 1, 2023, within the District of Columbia, **SAEVE EVANS**, , while armed with and having readily available a firearm, without justifiable and excusable cause, did assault, resist, oppose, impede, intimidate, and interfere with E.D., a law enforcement officer operating in the District of Columbia, knowing E.D. to be a police officer, while E.D. was engaged in and on account of the performance of his official duties.

(**Assaulting a Police Officer While Armed**, in violation of Title 22, D.C. Code, Section 405(c), 4502 (2001 ed.))

## COUNT FIVE

On or about August 1, 2023, within the District of Columbia, **SAEVE EVANS**, did possess a firearm, that is, a Springfield Arms Co., XD 9x19 semi-automatic firearm, while committing the crime of violence set forth in the fourth count of this indictment.

(**Possession of a Firearm During a Crime of violence**, in violation of Title 22, D.C. Code, Section 4504 (2001 ed.))

## COUNT SIX

On or about August 1, 2023, within the District of Columbia, **SAEVE EVANS**, did unlawfully discharge and set off a firearm, that is, a Springfield Arms Co., XD 9x19 semi-automatic firearm, without a valid permit to do so.

(**Unlawful Discharge of a Firearm**, in violation of Title 22, D.C. Code, Section 4503.01 (2001 ed.))

## FORFEITURE ALLEGATION

1.     Upon conviction of the offenses alleged in Counts One through Six of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited a Springfield Arms Co., XD 9x19 semi-automatic firearm and 9mm ammunition.

2.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

_Matthew M. Graves/mss_

Attorney of the United States in
and for the District of Columbia.

4